| | | | |
|---|---|---|---|
| State v. Crudo | 112,805 | Denied ............ 04/21/2016 | Unpublished |
| State v. Currie | 111,542 | Denied ............ 03/28/2016 | Unpublished |
| State v. Daniel | 107,963 | Granted ............ 06/21/2016 | Unpublished |
| State v. Daniels | 112,164 | | |
| | 112,165 | Denied ............ 03/28/2016 | Unpublished |
| State v. Davis | 111,844 | Denied ............ 03/28/2016 | Unpublished |
| State v. Dean | 112,443 | Denied ............ 07/07/2016 | Unpublished |
| State v. Deshazer | 108,453 | Denied ............ 06/21/2016 | Unpublished |
| State v. Dickson | 111,930 | | |
| | 111,931 | Denied ............ 03/31/2016 | Unpublished |
| State v. Donaldson | 108,801 | Granted ............ 06/21/2016 | Unpublished |
| State v. Dwigans | 112,158 | Denied ............ 03/31/2016 | 51 Kan. App. 2d 790 |
| State v. Edwards | 108,916 | Granted ............ 06/21/2016 | Unpublished |
| State v. Eisenhour | 111,478 | Granted ............ 06/21/2016 | Unpublished |
| State v. Enloe | 112,626 | Denied ............ 07/27/2016 | Unpublished |
| State v. Ervin | 111,593 | Denied ............ 06/21/2016 | Unpublished |
| State v. Evans | 111,143 | Denied ............ 08/30/2016 | 51 Kan. App. 2d 168 |
| State v. Finch | 110,276 | Denied ............ 06/21/2016 | Unpublished |
| State v. Forgy | 111,699 | Denied ............ 03/28/2016 | Unpublished |
| State v. Gantt | 111,601 | Denied ............ 03/28/2016 | Unpublished |
| State v. Garcia | 110,901 | Denied ............ 04/21/2016 | Unpublished |
| State v. Gassett | 113,594 | Denied ............ 03/31/2016 | Unpublished |
| State v. Gilkes | 109,259 | Granted ............ 06/21/2016 | Unpublished |
| State v. Gray | 111,964 | Denied ............ 07/22/2016 | Unpublished |
| State v. Green | 111,790 | Denied ............ 07/22/2016 | Unpublished |
| State v. Griffin | 110,823 | Granted ............ 06/21/2016 | Unpublished |
| State v. Grube | 112,754 | Denied ............ 03/31/2016 | Unpublished |
| State v. Hankins | 111,890 | Denied ............ 03/28/2016 | Unpublished |
| State v. Harbert | 111,866 | Denied ............ 03/28/2016 | Unpublished |
| State v. Hardy | 110,982 | Granted ............ 04/21/2016 | 51 Kan. App. 2d 296 |
| State v. Harner | 110,605 | Denied ............ 04/21/2016 | Unpublished |
| State v. Harris | 112,120 | Denied ............ 07/07/2016 | Unpublished |
| State v. Hatfield | 111,622 | Denied ............ 03/28/2016 | Unpublished |
| State v. Huey | 109,690 | Granted ............ 06/21/2016 | Unpublished |
| State v. Hunter | 110,729 | Denied ............ 04/21/2016 | Unpublished |
| State v. Iserhardt | 111,270 | Denied ............ 07/22/2016 | Unpublished |
| State v. Jackson | 111,992 | Denied ............ 03/31/2016 | Unpublished |
| State v. Jacobson | 111,991 | Denied ............ 03/31/2016 | Unpublished |
| State v. Jimenez | 111,659 | Denied ............ 06/21/2016 | Unpublished |
| State v. Johnson | 109,406 and 16 other cases | Granted ............ 06/21/2016 | Unpublished |
| State v. Jones | 112,745 | Denied ............ 03/31/2016 | Unpublished |
| State v. Jones | 111,028 | | |
| | 112,031 | Denied ............ 06/21/2016 | Unpublished |
| State v. Kangas | 111,519 | Denied ............ 08/30/2016 | Unpublished |